UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 23-cr-137-10 (CRC) |
| | : | |
| v. | : | |
| | : | |
| JAMEISE CHRISTIAN, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF CASE TRANSFER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby notifies the Court that this case against the above-captioned Defendant will be transferred to the United States District Court for the Middle District of Florida for plea and sentencing pursuant to Rule 20 of the Federal Rules of Criminal Procedure.  Please find attached the Defendant's signed Consent to Transfer Form.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar 481052

By: /s/ Sitara Witanachchi
SITARA WITANACHCHI
D.C. Bar Number 1023007
ANDREA DUVALL
AR Bar Number 2013114
Assistant United States Attorneys
United States Attorney's Office
601 D Street NW
Washington, D.C. 20530
Telephone: (202) 699-1978
Sitara.Witanachchi@usdoj.gov